THE FIRST NATIONAL BANK OF ROFF, I. T., *a corporation*, v.
C. A. SMITH.

(Filed September 7, 1905.)

*Error   from   the District   Court of Noble   County; before
Bayard T. Hainer, Trial Judge.*

*J. R. Scott* and *H. A. Smith*, for plaintiff in error.

*Doyle & Cress*, for defendant in error.

PER CURIAM: The petition in error was filed in this
court on December 13, 1904.  By rule 6, appellants are re-
quired to file briefs within forty days after the filing of the
case made and petition in error.  On April 5, 1905, no briefs
having been filed by appellant, the appellee filed a motion to
dismiss the appeal for failure to file briefs.  On April 6,
1905, the appellant filed an application to be permitted to
file briefs out of time.  We have examined the showing made
by the respective parties and are of the opinion that the ap-
peal should be   dismissed.   There was a part of  the time in
in which the counsel for plaintiff was sick and could not pre-
pare the briefs for his client, but there was plenty of time
which counsel could have employed in that work, and the
only reason he assigned for not doing so was the press of
business.  This court has repeatedly held that press of busi-
ness is not a sufficient excuse for such failure.

The appeal is hereby dismissed, at the cost of appellant.

Hainer, J., who presided in the court below, not sitting;
all the other Justices concurring.